```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )         4:07CR3025
            Plaintiff,          )
                                )
      vs.                       )         ORDER
                                )
JOSEPH YOUNG,                   )
                                )
            Defendant.          )
```

      The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

      **IT THEREFORE HEREBY IS ORDERED** that Gregory Damman is appointed as attorney of record for the above-named defendant.

      **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

      **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

      DATED August 21, 2009.

                                                        BY THE COURT

                                                  *Richard G. Kopf*
                                                  United States District Judge