IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3025 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSEPH LAWRENCE YOUNG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion for reconsideration (filing no. 75) is denied.

DATED this 16th day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge